UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-576-FDW

| | |
|---|---|
| WILLIE T. BOBBITT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FNU SCOTT, et al., )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on *pro se* Plaintiff's Request for Admissions, (Doc. No. 40), and Interrogatories and Request for Production of Documents, (Doc. No. 41).

Plaintiff's requests for discovery have been misdirected to the Court. See Local Rule 26.2 ("The parties shall not file any initial disclosures, designations of expert witnesses and their reports, discovery requests or responses therto, deposition transcripts, or other discovery material unless: (1) directed to do so by the Court; (2) such materials are necessary for use in an in-court proceeding; or (3) such materials are filed in support of, or in opposition to, a motion or petition.").

**IT IS THEREFORE ORDERED** that Plaintiff is instructed to direct his discovery requests to the appropriate party or parties in accordance with the applicable procedural rules and Pretrial Order and Case Management Plan.

Signed: September 25, 2018

Frank D. Whitney
Chief United States District Judge