# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Willie T. Bobbitt, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00576-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Scott, et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court at Trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's July 10, 2019 Verdict.

July 12, 2019

_____
Frank G. Johns, Clerk
United States District Court